**United States Bankruptcy Court**
Northern **District of** Georgia

**Voluntary Petition**

| | |
|---|---|
| Name of Debtor (if individual, enter Last, First, Middle): Payton, Donald | Name of Joint Debtor (Spouse) (Last, First, Middle): Payton, Vickie Renee' |
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): Long, Vickie Renee' |
| Last four digits of Soc. Sec./Complete EIN or other Tax I.D. No. (if more than one, state all): | Last four digits of Soc. Sec./Complete EIN or other Tax I.D. No. (if more than one, state all): 3977 |
| Street Address of Debtor (No. & Street, City, and State): 4936 Wolfcreek View College Park, GA ZIPCODE 30349 | Street Address of Joint Debtor (No. & Street, City, and State): 4936 Wolfcreek View College Park, GA ZIPCODE 30349 |
| County of Residence or of the Principal Place of Business: Fulton | County of Residence or of the Principal Place of Business: Fulton |
| Mailing Address of Debtor (if different from street address): ZIPCODE | Mailing Address of Joint Debtor (if different from street address): ZIPCODE |

**06-66560**

Location of Principal Assets of Business Debtor (if different from street address above): ZIPCODE

**Type of Debtor** (Form of Organization) (Check **one** box.)

- [x] Individual (includes Joint Debtors)
- [ ] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and provide the information requested below.)

State type of entity: ____________

**Nature of Business** (Check **all** applicable boxes.)

- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [ ] Nonprofit Organization qualified under 26 U.S.C. § 501(c)(3)

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

- [ ] Chapter 7
- [ ] Chapter 9
- [ ] Chapter 11
- [ ] Chapter 12
- [x] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)

- [x] Consumer/Non-Business
- [ ] Business

**Filing Fee** (Check one box)

- [x] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

***Chapter 11 Debtors***

**Check one box:**

- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [ ] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

**Check if:**

- [ ] Debtor's aggregate noncontingent liquidated debts owed to non-insiders or affiliates are less than $2 million.

**Statistical/Administrative Information**

- [ ] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [x] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Debts

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] |

THIS SPACE IS FOR COURT USE ONLY

FILED IN CLERK'S OFF.
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
06 JUN -6 AM 8:43
W. YVONNE EVANS
BY

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): [redacted] Vickie Payton |
|---|---|

**Prior Bankruptcy Case Filed Within Last 8 Years** (If more than one, attach additional sheet)

| Location Where Filed: Northern District of Georgia | Case Number: 99-90679-jem | Date Filed: 06/01/99 |
|---|---|---|

**Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet)

| Name of Debtor: | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

## Exhibit A

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

☐ Exhibit A is attached and made a part of this petition.

## Exhibit B

(To be completed if debtor is an individual whose debts are primarily consumer debts.)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

I further certify that I delivered to the debtor the notice required by § 342(b) of the Bankruptcy Code.

X ______________________________

Signature of Attorney for Debtor(s) Date

## Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☒ No

## Certification Concerning Debt Counseling by Individual/Joint Debtor(s)

☐ I/we have received approved budget and credit counseling during the 180-day period preceding the filing of this petition.

☒ I/we request a waiver of the requirement to obtain budget and credit counseling prior to filing based on exigent circumstances. (Must attach certification describing.)

## Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

## Statement by a Debtor Who Resides as a Tenant of Residential Property

*Check all applicable boxes.*

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

______________________________

(Name of landlord that obtained judgment)

______________________________

(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

**Voluntary Petition**
*(This page must be completed and filed in every case)*

Name of Debtor(s):

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by § 342(b) of the Bankruptcy Code.

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X Victia Payton
Signature of Debtor

X Ronald Payton
Signature of Joint Debtor

(404) 254-4665
Telephone Number (If not represented by attorney)

Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by § 1515 of title 11 are attached.

☐ Pursuant to § 1511 of title 11, United States Code, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X
(Signature of Foreign Representative)

(Printed Name of Foreign Representative)

Date

### Signature of Attorney

X
Signature of Attorney for Debtor(s)

Printed Name of Attorney for Debtor(s)

Firm Name

Address

Telephone Number

Date

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X
Signature of Authorized Individual

Printed Name of Authorized Individual

Title of Authorized Individual

Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section.Official Form 19B is attached.

Printed Name and title, if any, of Bankruptcy Petition Preparer

Social Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

Address

X

Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose social security number is provided above.

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

6

Chapter 13

Case Number 66560

James Bone ( JB )

341 Meeting on 7/7/06 @ 2:30 Rm 367

************************************************************

Confirmation Hearing on 8/15/06 @ 1:00 Rm 1402

NEW PETITION CHECKLIST

Case Number 06-66560 Judge JB Chapter: 7, 11, 12, (13)

(circle one)
Non-Business ✓ OR Business

Intake Clerk: NOM Date: 6/6

(circle one)
Complete OR Incomplete ✓

CA Clerk: ____________ DateComplete: ________

**Filing Fee**

| | |
|---|---|
| Paid | 235 |
| Balance | — |
| Admin. | 39 |

**Orders on Fee Application**

_____ O2g - Ch.13/11 Order Granting Application
_____ Installments of $__________ each.

_____ O3g - Ch.13/11 Short Order Granting Application (10 day)

_____ O2d - Ch.13/11 Order Denying Application

_____ Ch.7 Order

**DEFICIENCIES FOR PETITION:** (Check all that apply)

Page 1
- ( ) Debtor's name
- ( ) Last 4 digits of the Social Security Number
- ( ) Address
- ( ) County
- ( ) Type of Debtor
- ( ) Chapter
- ( ) Nature of Debt
- ( ) Statistical Information

Page 2
- ( ) Signatures on Exhibits B
- ( ) Cert. Concerning Credit Counseling
- ( ) Venue

Page 3
- ( ) Signature of Debtor(s)
- ( ) Signature of Attorney / Petition Preparer

**DEFICIENCIES FOR MISSING DOCUMENTS**
- ( ) Statement of Social Security Number
- ( ) Corporate Resolution (If debtor is a Corporation, LLC or LLP)
- ( ) 20 Largest Unsecured Creditors (Chapter 11)
- ( ) List of Equity Security Holders (Chapter 11 )
- ( ) Statement of Financial Affairs
- ( ) Schedules:___A ___B ___C ___D ___E ___F ___G ___H ___I ___J
- ( ) Summary
- ( ) Declaration Concerning Debtor's Schedules
- ( ) Attorney or Petition Preparer Disclosure Statement
- ( ) Statement of Intent
- ( ) Notice to Individual Consumer Debtors (§342(b)) (If Exhibit "B" on Pg 2 of Petition is not signed by attorney)
- ( ) Statement of Monthly Net Income or Means Test
- ( ) Copies of Pay Advices or Statement of Pay Advices
- ( ) Mailing Matrix attached or Creditors Upload
- ( ) Chapter 13 Plan
- ( ) Pro Se Affidavit
- ( ) Certificate of Credit Counseling (Individuals only)
- ( ) Budget and Credit Counseling Eligibility Requirement Form OR Explanation of Exigent Circumstances

Attorney for Chapter 7 Cases

| | |
|---|---|
| Country Wide Home Loans<br>PO Box 660694<br>Dallas, TX 75266 | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

We are requesting special consideration
because we relied upon a third party
Mitigation service, which we paid the sum
of $1,500.00 to negotiate a payment plan.
with our mortgage company. We tried
for several weeks to get information on
how things were being worked out, but to
no avail. On Monday, June 5, 2006, my
husband Don Payton finally was able to talk
to a supervisor Linda at 4:35 p.m. only
to find that the best that they could do
was for us to pay $1,609.47 by 6:00 pm
and $1,609.47 per month thereafter. Needless
to say We did not have that amount and
Certainly in such notice. We pray that the
Court grant this special consideration.

Vickie Payton

Donald Payton

U. S. BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

# 01092600 - NM
June 6, 2006

| Code | Case No | Qty | Amount | By |
|---|---|---|---|---|
| 13N2 | 06-66560 | | $274.00 | CA |
| Judge - Joyce Bihary | | | | |
| Debtor - D. PAYTON | | | | |
| CO | 06-66560 | 4 | $2.00 | CA |
| Judge - Joyce Bihary | | | | |
| Debtor - D. PAYTON | | | | |

TOTAL: $276.00

FROM: Donald and Vickie Payton
4936 Wolfcreek View
College Park, GA 30349
404-254-4665